**U.S. COURT OF APPEALS**
**FILED**
JUN 1 6 2000

CHARLES R. FULBRUGE III
CLERK

SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543

June 12, 2000

U.S. COURT OF APPEALS
RECEIVED
JUN 1 6 2000
NEW ORLEANS, LA.

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/19/00
BY _____

Clerk
United States Court of Appeals for
the Fifth Circuit
600 Camp Street, Room 100
New Orleans, LA 70130

Re: City of Shreveport
v. Helen Simpson
No. 99-1656
(Your No. 98-30935)

97-CV-1234

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*
William K. Suter, Clerk